UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:14-cv-01606 |
|---|---|---|---|
| MARY CARMER ||||
| *versus* ||||
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Michael Bernstein<br>Sedgwick LLP<br>225 Liberty St., 28th Floor<br>New York, NY 10281<br>(212) 422-0202<br>NY 2104347<br>S.D.N.Y MB-0579 |
|---|---|
| Seeks to appear for this party: | Hartford Life and Accident Insurance Company |
| Dated: 07/29/2014 | Signed: *[signature]* |

| The state bar reports that the applicant's status is:    ACTIVE |
|---|
| Dated: August 11, 2014     Clerk's signature: Shelia Ashabranner |

Order

This lawyer is admitted *pro hac vice*.

Dated: August 11, 2014

*[signature]*
Nancy F. Atlas
United States District Judge