# HEARING MINUTES AND ORDER

**Cause Number**: 14cv1606

**Style**: Mary Carmer v. Harford Life and Accident Insurance Company

**Appearances**:

| Counsel: | Representing: |
|---|---|
| Anthony Vessel | Plaintiff |
| Lisa Magids | Defendant |

**Date**: August 25, 2014  **ERO**: Yes
**Time**: 1:12 p.m. - 1:30 p.m.  **Interpreter**:

**At the hearing the Court made the following rulings**:

Pretrial conference held. Docket control order to follow.

**SIGNED** at Houston, Texas this 25th day of August, 2014.

_____
Nancy F. Atlas
United States District Judge

P:\CTMINUTE\2014\14-1606.wpd   140826.1001