IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARY CARMER, | § § § § | |
| Plaintiff(s), | § § | |
| v. | § § | CIVIL ACTION NO. H- 14-1606 |
| | § § | |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, | § § § § | |
| Defendant(s). | § | |

## DOCKET CONTROL ORDER

Anticipated Length of Trial: *1-2* Days          Jury:_____   Non-Jury: ✓

The disposition of this case will be controlled by the following schedule:

1. (a) **NEW PARTIES** shall be joined by:                                          *9/30/14*
       The attorney causing the addition of new parties must provide
       copies of this Order to new parties.
   (b) **AMENDMENTS to PLEADINGS** by Plaintiff or Counter-
       Plaintiff shall be filed by:                                                  *10/17/14*
       (**Absent parties' agreement or court approval, answers** may not be amended more than
       14 days after this date. **Answers to amended claims and counterclaims** are due 14 days
       after amended claims or counterclaims are filed.)

2. **EXPERT WITNESSES for PLAINTIFF/COUNTER-PLAINTIFF**
   shall be identified by a report listing the qualifications of each
   expert, each opinion the expert will present, and the basis for
   each opinion.   DUE DATE:                                                         *12/15/14*

3. **EXPERT WITNESSES for DEFENDANT/COUNTER-DEFENDANT**
   shall be identified by a report listing the qualifications of each
   expert, each opinion the expert will present, and the basis for
   each opinion.   DUE DATE:                                                         *1/16/15*

4. **DISCOVERY** must be completed by:     *2/25/15*
   Written discovery requests are not timely if they are filed so close to
   this deadline that the recipient would not be required under the Federal
   Rules of Civil Procedure to respond until after the deadline.

5. **MEDIATION/ADR:**
   ✓ Required; ___ Strongly suggested
   ___ Parties' Option
   **ADR TO BE COMPLETED** by:     *Docket Call*

6. **DISPOSITIVE MOTIONS** will be filed by:     *3/13/15*

7. **ALL OTHER PRETRIAL MOTIONS** (including *Daubert/Kumho*
   motions, but *not* including other motions in limine) will be filed by:
   (Typically this date will match ¶ 6.)     *3/13/15*

8. **JOINT PRETRIAL ORDER** will be filed by:     *6/19/15*
   Plaintiff is responsible for timely filing the complete Joint Pretrial
   Order in the form set forth in the published Court's Procedures.

9. **DOCKET CALL** is held in Courtroom 9-F, starting at ~~4:00~~ 3:00 p.m.     *6/29/15*
   on the date listed here. (The Court will set this date.)
   Absent parties' agreement, no documents filed within 5 days before
   the Docket Call will be considered at Docket Call without prior permission
   of the Court to late file.

*Aug. 25, 2014*
Date

_____
**NANCY F. ATLAS**
**United States District Judge**

**APPROVAL REQUESTED:**

_____     *8/25/14*
Counsel for Plaintiff(s)           Date

*L. Magids*     *8/25/14*
Counsel for Defendant(s)       Date