IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARY CARMER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:14-cv-01606 |
| | § | |
| HARTFORD LIFE AND ACCIDENT | § | |
| INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

### DEFENDANT'S NOTICE OF DISCLOSURE

Pursuant to Local Rule CV-26(c), Defendant, HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, by and through its attorneys of record, hereby notifies the Court that the disclosures required under Fed. R. Civ. P. 26(a)(1) and pursuant to the Order to Conduct Rule 26(f) Conference entered by the Court on June 11, 2014 have been served on counsel for Plaintiff on this 26th day of August, 2014.

Respectfully submitted,

/s/ *Lisa Magids*
Michael H. Bernstein
(appearing PRO HAC VICE)
\USDC S.D.N.Y No. MB-0579
SEDGWICK LLP
225 Liberty Street, 28th Floor
New York, New York 10281
Telephone:  (212) 422-0202
Facsimile:  (212) 422-0925
michael.bernstein@sedgwicklaw.com

and

        Lisa Magids
        Texas State Bar No. 24002600
        USDC S.D.T.X No. 22023
        SEDGWICK LLP
        919 Congress Ave., Suite 1250
        Austin, Texas 78701
        Phone:  (512) 481-8479
        Facsimile:  (512) 481-8444
        lisa.magids@sedgwicklaw.com

**ATTORNEYS FOR DEFENDANT
HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

This is to certify that on August 26, 2014, I caused to be electronically filed the foregoing Notice with the Clerk of the Court using the CM/ECF system, which will send electronic notice of such filing on all counsel of record, as listed below:

    Marc S. Whitehead
    Valerie Norwood
    J. Anthony Vessel
    MARC WHITEHEAD & ASSOCIATES,
    ATTORNEYS AT LAW L.L.P.
    5300 Memorial Drive, Suite 725
    Houston, TX  77007
    *Via CM/ECF*

        /s/ *Lisa Magids*
        LISA MAGIDS